C. Liolios for use of Dr. A. L. Stearns, Appellee, v. London Guarantee and Accident Company, Ltd. and Sensibar Engineering and Paving Company, Appellees.
Appeal of A. George N. Spannon, Appellant.

Gen. No. 40,734.

opinion filed December 13, 1939. A. George N. Spannon, *pro se;* Louis Steinberg, for appellee Christ Liolios; Reuben Freedman, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."